JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. OVEREND,        ) | |
|                          ) | Case No. 1:14-cv-01309-GSA |
|      Plaintiff           ) | |
|                          ) | **STIPULATION AND** |
|                          ) | **ORDER FOR EXTENSION OF TIME** |
| v.                       ) | **TO FILE OPENING BRIEF** |
|                          ) | |
| CAROLYN W. COLVIN,       ) | |
|      Acting Commissioner ) | (ECF No. 16) |
|      of Social Security, ) | |
|                          ) | |
|      Defendant           ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to May 18, 2015, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is experiencing a backload in her workload that she is in the process of resolving.

**Overend v. Colvin**                                                                                    Stipulation and Order
**E.D. Cal. 1:14-cv-01309-GSA**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                          Respectfully submitted,

Date:  April 16, 2015                            JACQUELINE A. FORSLUND
                                                  Attorney at Law

                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  April 17, 2015                            BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DONNA L. CALVERT
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                          */s/\*Carolyn B. Chen*
                                          CAROLYN B. CHEN
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant

<u>ORDER</u>

Based on the above stipulation, Plaintiff may have an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before May 18, 2015. Defendant's opposition shall be filed on or before June 17, 2015 and any reply by Plaintiff may be filed on or before July 2, 2015.

IT IS SO ORDERED.

Dated:   **April 23, 2015**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

**Overend v. Colvin**                                                                    **Stipulation and Order**
**E.D. Cal. 1:14-cv-01309-GSA**