BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| NANCY OVEREND,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01309-GSA<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER<br><br>(ECF No. 19) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is June 17, 2015. The new due date will be August 3, 2015.

    There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's full workload and pre-approved leave in June and July. Defense counsel was also absent from the office briefly after being hit in a car accident recently. Defense counsel is requesting additional time up to fully review the administrative record and research the issues presented by Plaintiff's motion for summary judgment.

Stipulation and Order for an Extension of Time; 1:14-cv-01309-GSA

1

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.

4                                                  Respectfully submitted,

5  Date: June 11, 2015                             JACQUELINE A. FORSLUND, ATTORNEY AT
6                                                  LAW

7                                                  *s/ Jacqueline A. Forslund by C.Chen\**
                                                   (As authorized by e-mail on 6/11/2015)
8                                                  JACQUELINE A. FORSLUND
9                                                  Attorneys for Plaintiff

10 Date: June 11, 2015                             BENJAMIN B. WAGNER
                                                   United States Attorney
11

12                                                 By *s/ Carolyn B. Chen*
                                                   CAROLYN B. CHEN
13                                                 Special Assistant U. S. Attorney

14                                                 Attorneys for Defendant

16                                      ORDER

17     Based on the stipulation between the parties, Defendant may have an extension of time to
18 file her opposition brief. Defendant shall file her opposition brief no later than August 3, 2015.
19 Plaintiff may file her reply brief no later than August 18, 2015.

20 IT IS SO ORDERED.

22     Dated:   **June 12, 2015**                  **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for an Extension of Time; 1:14-cv-01309-GSA

2