UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NANCY L. OVEREND,                     )
                                      )     Case No. 1:14-cv-01309-EPG
        Plaintiff,                    )
                                      )     **STIPULATION AND**
                                      )     **ORDER FOR AWARD OF ATTORNEY'S**
v.                                    )     **FEES UNDER THE EQUAL ACCESS TO**
                                      )     **JUSTICE ACT (EAJA)**
CAROLYN W. COLVIN,                    )
Acting Comm'r of Social Security,     )
                                      )
        Defendant,                    )
                                      )
_____ )

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of FOUR THOUSAND NINE HUNDRED AND FIFTY dollars and ZERO cents ($4,950.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees are not subject to an offset  under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are

made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's

attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box 4476,

Sunriver, Oregon  97707.

Respectfully submitted,


Date:  May 4, 2016                    JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND
                                      Attorney for Plaintiff


Date:  May 4, 2016                    BENJAMIN WAGNER
                                      United States Attorney
                                      DEBORAH STATCHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration


                                      */s/*Carolyn B. Chen*
                                      CAROLYN B. CHEN
                                      Special Assistant United States Attorney
                                      *By email authorization
                                      Attorney for Defendant


ORDER

Based upon the parties' stipulation for the Award and Payment of Equal Access to Justice Act Fees (Doc. 25), IT

IS ORDERED that fees as authorized by 28 U.S.C. § 2412(d), in the amount of $4,950.00, be awarded to Plaintiff's

attorney.  Any attorney's fees shall be made pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), and shall be distributed

according to the terms of the above stipulation.


IT IS SO ORDERED.


Dated:   __May 9, 2016__          __/s/ Erica P. Grosjean__
                                  UNITED STATES MAGISTRATE JUDGE


Overend v. Colvin                 Stipulation and Order                 E.D. Cal. 1:14-cv-01309-EPG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28